## CITY OF MIAMI v. VINING.

Circuit Court, Dade County, Criminal Appeal.

February 1, 1955.

G. Hugo Whitehouse, Miami, for appellant.

J. W. Watson, Jr., city attorney, and Edward J. Fitzpatrick, assistant city attorney, for appellee.

VINCENT C. GIBLIN, Circuit Judge.

It is my opinion that the provision of paragraph 6 of section 15 of article XIII of ordinance numbered 1682, as amended by ordinance numbered 3179, of the code of ordinances of the appellee city, by which a property owner is prohibited from allowing a hedge or shrubbery along the line of an adjoining lot to grow to a height of more than "ten per cent of the width of such adjoining lot" and "in no event" to a greater height than eight feet, is unreasonable and void.

The appellant was convicted in the court below of a violation of the mentioned ordinance provision and has appealed from the judgment of conviction.

The judgment is reversed.